IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD L. THRELKELD,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                       Case No. 12-cv-77-wmc

SMURFIT STONE,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Donald L. Threlkeld's motion for leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 12/23/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |